**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

RAYMOND WILLISON,                                                             PLAINTIFF
ADC #112295

v.                                               3:17CV00105-JLH-JTK

CRAIGHEAD COUNTY DETENTION CENTER, et al.                                     DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 9th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE